

RECEIVED
12 MAR -7 AM 8: 46
CLERK, U.S. DIST. COURT
ST. PAUL, MN

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Thomas-Wayne:Eilertson and Lisa-Joan Connery: Eilertson
Petitioners
Plaintiff(s),

vs.

Case No. 12-CV-574-JNE-SER

**BANK OF AMERICA N.A., BRYAN MOYNIHAN, CHAIRMAN, CEO;**
**STATE OF MINNESOTA** in it's Private and Corporate Capacity
**LORI R SWANSON**, dba ATTORNEY GENENERAL in her Private and Corporate Capacity,
Respondents
Defendant(s).

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit.  Please attach additional sheets if necessary.)

### NOTICE OF DISMISSAL
Without Prejudice

PLEASE TAKE NOTICE that Plaintiff(s), under Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before the opposing party serves either an answer or a motion for summary judgment), hereby dismisses this action.

Signed this **6th** day of **March,**     **2012.**

All Rights Reserved. Without Prejudice
Petitioners: By Thomas-Wayne: Eilert
Signature of Plaintiff  By: Lisa-Joan Connery: Eilertson

Mailing Address     Thomas-Wayne:Eilertson, Lisa-Joan Connery:
Family of:Eilertson
c/o 7108 Georgia Avenue North
Minneapolis, Minnesota 55428

Telephone Number    (763) 561-0621

Note:  All plaintiffs who are voluntarily dismissing the action must date and sign the Notice of Dismissal and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Notice of Dismissal must be served on every defendant.

SCANNED
MAR 0 7 2012
U.S. DISTRICT COURT ST. PAUL